UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSONJA WILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No. 16-cv-03363-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On June 16, 2016, Plaintiff Cassonja Wiley filed suit in this Court along with an application to proceed in forma pauperis ("IFP"). [Docket Nos. 1, 3.] The IFP application was granted on June 17, 2016. [Docket No. 6.] On December 27, 2016, the court granted the parties' stipulation to extend the briefing schedule. [Docket No. 19]. Per the stipulated briefing schedule, the deadline for Plaintiff to file a motion for summary judgment or remand was February 7, 2017, with Defendant's opposition due on March 7, 2017, and Plaintiff's reply, if any, due on March 16, 2017. No motion for summary judgment or remand has been filed. Accordingly, Plaintiff Cassonja Wiley is ordered to respond by **May 31, 2017**, and (1) show cause why this matter should not be dismissed for failure to prosecute, and (2) file a motion for summary judgment or remand. Failure to respond by **May 31, 2017** may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 24, 2017

_____
Donna M. Ryu
United States Magistrate Judge

