UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSONJA WILEY,<br>　　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　　Defendant. | Case No. 16-cv-03363-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 20 |

On May 24, 2017, the court issued an Order to Show Cause, instructing Plaintiff to (1) show cause why this matter should not be dismissed for failure to prosecute, and (2) file a motion for summary judgment or remand by no later than May 31, 2017. [Docket No. 20.] The Order to Show Cause stated that failure to respond by May 31, 2017 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 5, 2017



_____
Donna M. Ryu
United States Magistrate Judge